IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| HELEN J. BURROW, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF DAVID J. BURROW, DECEASED, AND CONNIE E. POPPLETON, DIANA R. ROBINSON AND TERRY LYNN LOVELL | § § § § § § § | |
| VS. | § § | CIVIL ACTION NO. 4:07CV01573 |
| BP PRODUCTS NORTH AMERICA INC. f/k/a AMOCO OIL COMPANY, Individually and as Successor-In-Interest to Amoco Texas Refining; and BP AMOCO CHEMICAL COMPANY f/k/a AMOCO CHEMICAL COMPANY | § § § § § § | |

## **STIPULATION OF DISMISSAL**

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Helen J. Burrow, Individually and as Representative of the Estate of David J. Burrow, deceased, and Connie E. Poppleton, Diana R. Robinson and Terry Lynn Lovell, as Heirs of the Estate of David J. Burrow, Deceased stipulate to the dismissal without prejudice of all claims and causes of action asserted in this lawsuit.

WHEREFORE, Plaintiffs and Defendant pray that all claims asserted in this suit be dismissed without prejudice, and that each party bear its own attorneys' fees and costs.

Respectfully submitted,

**HEARD, ROBINS, CLOUD & LUBEL, L.L.P.**

By: _____
Ian P. Cloud
State Bar No. 00783843
500 Dallas, Suite 3100t
Houston, TX 77002
(713) 650-1200
(713) 650-1400 (Fax)

ATTORNEYS FOR PLAINTIFFS

**ANDREWS KURTH LLP**

By: _____
Thomas W. Taylor
State Bar No. 19723875
Southern District No. 3906
600 Travis Street, Suite 4200
Houston, Texas 77002
(713) 220-4200
(713) 220-4285 (facsimile)

ATTORNEY-IN-CHARGE FOR
DEFENDANT BP AMOCO CHEMICAL
COMPANY AND BP PRODUCTS NORTH
AMERICA INC.

OF COUNSEL:

ANDREWS KURTH LLP
Raymond G. Randle, Jr.
State Bar No. 24004873
600 Travis Street, Suite 4200
Houston, Texas 77002
(713) 220-4200
(713) 220-4285 (facsimile)