IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
ENTERED
JUN - 7 2007
Michael N. Milby, Clerk of Court

| | |
|---|---|
| HELEN J. BURROW<br>Plaintiff, | §<br>§<br>§<br>§ |
| versus | §    CIVIL ACTION NO. H-07-1573 |
| BP AAMOCO CHEMICAL CO., ET AL.<br>Defendants. | §<br>§<br>§ |

ORDER OF DISMISSAL

In accordance with the Joint Stipulation of Dismissal without Prejudice filed on May 29, 2007, (Doc. #2) this cause of action is DISMISSED with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

THIS IS A FINAL JUDGMENT.

The Clerk will enter this Order and provide all parties with a true copy.

SIGNED this _____ day of June, 2007, at Houston, Texas.

VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE